IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN WALSH,

      Petitioner,

v.                                         4:17cv324–WS/GRJ

U.S. MARSHALS SERVICE,

      Respondent.

_____

ORDER DENYING PETITIONER'S MOTION
REQUESTING A WRIT OF MANDAMUS

      Before the court is the magistrate judge's report and recommendation (doc. 3) docketed July 20, 2017. The magistrate judge recommends that the petitioner's motion requesting a writ of mandamus be denied. The petitioner has filed no objections to the report and recommendation.

      Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's motion (doc. 1) requesting a writ of mandamus is DENIED.

3.  The clerk is directed to enter judgment stating: "The petitioner's motion requesting a petition for writ of mandamus is DENIED." The clerk shall close the case.

DONE AND ORDERED this _____21st_____ day of _____August_____, 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE