IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN WALSH,

    Plaintiff,

v.                                                      4:17cv324–WS/GRJ

U.S. MARSHALS SERVICE,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 3) docketed July 20, 2017. The magistrate judge recommends that the plaintiff's motion (doc. 1) requesting a writ of mandamus be denied. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 3) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's motion (doc. 1) requesting a writ of mandamus is DENIED.

3. The clerk shall enter judgment stating: "Plaintiff's motion requesting a writ of mandamus is DENIED."

DONE AND ORDERED this __22nd__ day of __September__, 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE